# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142663(26)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CLEVELAND ROGERS,
          Defendant-Appellant.

SC: 142663
COA: 298070
Wayne CC:  06-005429

_____/

On order of the Court, the motion for reconsideration of this Court's September 26, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

d1219